# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOEL PEREZ,                          :        Civil No. 3:19-cv-1015
                                     :
           Plaintiff                 :        (Judge Mariani)
                                     :
     v.                              :
                                     :
WARDEN JAMES J. LARSON, *et al.*,    :
                                     :
           Defendants                :

## ORDER

**AND NOW**, this ____9th____ day of December, 2019, upon consideration of Plaintiff's

motion (Doc. 5) for appointment of counsel, and in accordance with the Memorandum

issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 5) is **DENIED** without

prejudice.

Robert D. Mariani
United States District Judge