IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL PEREZ, | : | Civil No. 3:19-cv-1015 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JAMES J. LARSON, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 9th day of September, 2020, upon consideration of the motion (Doc. 31) to dismiss by the Pennsylvania State Police, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 31) is **GRANTED**. The Pennsylvania State Police is **DISMISSED**.

2. The Clerk of Court is directed to **TERMINATE** the Pennsylvania State Police as a party to this action.

Robert D. Mariani
United States District Judge