# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL PEREZ, | : | Civil No. 3:19-cv-1015 |
| | : | |
| Plaintiff | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| JAMES J. LARSON, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this _____ day of September, 2020, upon consideration of the motion

(Doc. 29-1) to dismiss by Correct Care Solutions, LLC, and the parties' respective briefs in

support of and opposition to said motion, and for the reasons set forth in the accompanying

Memorandum, **IT IS HEREBY ORDERED THAT**:

1.  The motion (Doc. 29-1) is **GRANTED**.

2.  Plaintiff is granted fifteen (15) days from the date of this Order to file a
    proposed amended complaint to cure the deficiencies with respect to the
    claims against Correct Care Solutions, LLC.  Failure to timely file a proposed
    amended complaint will result in dismissal of all claims against Correct Care
    Solutions, LLC without further notice of Court.


Robert D. Mariani
United States District Judge