# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOEL PEREZ,                         :     Civil No. 3:19-cv-1015
                                    :
      Plaintiff                :
                                    :     (Judge Mariani)
                                    :
    v.                         :
                                    :
JAMES J. LARSON, *et al.*,          :
                                    :
      Defendants               :

FILED
SCRANTON
SEP 3 0 2020

PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, this ___ day of September, 2020, upon consideration of the motions

(Docs. 36, 39) to dismiss by the Luzerne County Defendants, and for the reasons set forth

in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motions (Docs. 36, 39) are **GRANTED**. The Luzerne County Defendants
   are **DISMISSED**.

2. The Clerk of Court is directed to **TERMINATE** the Luzerne County
   Defendants as parties to this action.

_____
Robert D. Mariani
United States District Judge